**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RONALD MITCHELL**                                                                                   **PLAINTIFF**

V.                             **CASE NO. 3:16-CV-103-JLH-BD**

**BROWN**                                                                                                **DEFENDANT**

**<u>ORDER</u>**

Plaintiff Ronald Mitchell, an inmate in the Crittenden County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) In his complaint, Mr. Mitchell raises an excessive-force claim against Defendant Brown. Mr. Mitchell also complains about not receiving medical care after the alleged excessive force incident but he does not identify the individuals responsible for failing to respond to his medical needs.

If Mr. Mitchell wants to pursue his deliberate-indifference claim, he must identify the individual who was personally involved in failing to give him medical care and explain how he was injured by the alleged lack of, or delay in receiving, medical care. *Clemmons v. Armontrout*, 477 F.3d 962, 967 (8th Cir. 2007) ("Liability under section 1983 requires a causal link to, and direct responsibility for, the deprivation of rights.) Mr. Mitchell also must clarify whether he is suing the Defendant Brown in his personal capacity, his official capacity, or both official and personal capacities.

Mr. Mitchell has thirty days to file an amended complaint. His failure to comply with this Order could result in the dismissal of his deliberate-indifference claims. Local

Rule 5.5.

IT IS SO ORDERED, this 20th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE