# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RONALD MITCHELL**                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 3:16-CV-00103 JLH/BD**

**LEONARD BROWN, et al.**                                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Mitchell's claims against Defendant Chatman are DISMISSED, without prejudice.

IT IS SO ORDERED, this 30th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE