**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RONALD MITCHELL**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 3:16-CV-00103 JLH/BD**

**LEONARD BROWN, et al.**                                                                               **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' motion for summary judgment based on failure to exhaust administrative remedies is DENIED. Document #19.

IT IS SO ORDERED this 25th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE