# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONALD MITCHELL**                                                                                  **PLAINTIFF**

V.                             **CASE NO. 3:16-CV-00103 JLH/BD**

**LEONARD BROWN, et al.**                                                                        **DEFENDANTS**

## ORDER

Mail from the court sent to Plaintiff Ronald Mitchell has been returned as undeliverable. (Docket entry #37) A plaintiff who is proceeding *pro se* must promptly notify the Clerk and the other parties of any change in his or her address. Local Rule 5.5(c)(2). Therefore, Mr. Mitchell is directed to notify the Court of his new address within thirty days of entry of this order. Failure to comply with this Order may result in dismissal of this lawsuit under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 22nd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE