**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RONALD MITCHELL                                                    PLAINTIFF

V.                              CASE NO. 3:16-CV-00103-JLH-BD

LEONARD BROWN, et al.                                              DEFENDANTS

## RECOMMENDED DISPOSITION

### I.      Procedures for Filing Objections:

This Recommended Disposition ("Recommendation") has been sent to Judge J.
Leon Holmes.  You may file written objections to this Recommendation.  If you file
objections, they must be specific and must include the factual or legal basis for your
objection.  Your objections must be received in the office of the United States District
Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without
independently reviewing the record.  By not objecting, you may also waive any right to
appeal questions of fact.

### II.     Discussion:

Plaintiff Ronald Mitchell, who is detained in the Crittenden County Detention
Center, filed this civil rights lawsuit without the help of a lawyer.  (Docket entry #1)  On
November 14, 2016, Mr. Mitchell's mail was returned to the Court as undeliverable.
(#37)  The Court requires plaintiffs who are not represented by counsel to keep the Court
informed as to a current address.  Local Rule 5.5.

Defendants have moved to dismiss the lawsuit based on Mr. Mitchell's failure to update his address.  (#38)  On November 22, 2016, the Court ordered Mr. Mitchell to update his address within thirty days and cautioned him that his claims could be dismissed if he failed to comply with the Order.  (#41)  To date, Mr. Mitchell has failed to provide the Court with a current address within the time allowed.

**III.**   <u>**Conclusion**</u>:

Mr. Mitchell's claims should be DISMISSED, without prejudice, based on his failure to comply with the Court's November 22, 2016 Order.  All pending motions should be DENIED, as moot.

DATED this 28th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE