# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RONALD MITCHELL**                                                                      **PLAINTIFF**

v.                              **NO. 3:16CV00103 JLH/BD**

**LEONARD BROWN, et al.**                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Mitchell's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's November 22, 2016 Order. All pending motions are DENIED as moot.

IT IS SO ORDERED this 20th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE