**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**RONALD MITCHELL**                                                                                     **PLAINTIFF**

**v.**                               **NO. 3:16CV00103 JLH/BD**

**LEONARD BROWN, et al.**                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 20th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE